NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerri Jenkins,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. Collections West,<br><br>  Defendant. | No. CV-17-01053-PHX-JJT<br><br>**ORDER** |

UPON review of the parties' (Stipulation to Dismiss With Prejudice) (Doc. 31), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 31). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending motions (Doc. 19, 24) are deemed moot.

Dated this 26 day of October, 2017.

Honorable John J. Tuchi
United States District Judge